# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-80107-CR-HURLEY

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

**v.**

**GREGORY HUBBARD et al.,**
  **Defendant**
-----------------------------------------/

## *NOTICE SETTING HEARING*

  **TAKE NOTICE** that, by order of the Honorable Daniel T. K. Hurley, that a pretrial conference, in the above captioned case, has been set for **Tuesday, October 11, 2016, at 2:30 p.m.** in Courtroom 5, at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida. For updated court information, counsel may contact the courtroom deputy at 561/803-3452, or may visit the court's unofficial Web site at http://www.judgehurley.com.

  **DATED THIS** 28TH day of September, 2016.

                /s/Melanie Guerrero
                Melanie Guerrero
                Courtroom Deputy

**copy furnished:**
All Parties of Record