UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80107-CR-ROSENBERG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREGORY HUBBARD, et al.,

      Defendants.

_____/

**GOVERNMENT'S EIGHTH SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER**

  The United States hereby files this supplemental response to the Standing Discovery Order.    This

response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    The following items have been or are being provided this date to counsel for the defendants:

1.    Updated video log (bates # 985).

2.    1 DVD labeled "Sensitive" (#109) containing a video and audio recording of defendant Gregory Hubbard and CHS dated 5/20/16.

3.    1 DVD containing search warrant results for Darren Jackson's HTC cell phone (561) 513-0339 (IMEI 357228060184898) (FBI 1B60) and Samsung Galaxy S3 (256691432408790617) (FBI 1B59) and Samsung Galaxy S3 cellphone, SPHL710 (DEC 256691457604740612). (FBI 1B47)

4.    1 DVD containing search warrant results for Dayne Christian's Samsung Galaxy S4, Model #SPH-L720T (DEC #256691514000000649) (FBI 1B11) and Black LG D851 cell phone with black case. (FBI 1B2)

5.   1 DVD labeled "sensitive" containing CHS emails and attachments from and to various defendants between April 11, 2015 and July 21, 2016.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   */s/ Edward C. Nucci*
      EDWARD C. NUCCI
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0794406
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401-6235
      Tel: (561) 820-8711
      Fax: (561) 820-8777
      Edward.Nucci@usdoj.gov

cc:   Special Agent Brian King,
      FBI

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by

CM/ECF to all counsel listed this 8th day of March, 2017.


_/s/ Edward C. Nucci_
Edward C. Nucci
Assistant United States Attorney

4

## SERVICE LIST

**United States v. Gregory Hubbard, et al**
**Case No. 16-80107-CR-HURLEY/HOPKINS**
**United States District Court, Southern District of Florida**


Edward C. Nucci
Assistant U.S. Attorney
Edward.Nucci@usdoj.gov
U.S. Attorney's Office
500 S. Australian Avenue
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
**Attorney for United States**
[Service via CM/ECF]


Karen E. Gilbert
Assistant U.S. Attorney
Karen.Gilbert@usdoj.gov
U.S. Attorney's Office
99 N.E. 4th Street
8th Floor
Miami, FL 33132
Telephone: (305) 961-9161
Facsimile: (305) 536-4675
**Attorney for United States**
[Service via CM/ECF]


Lawrence Schneider
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
Admin No. A5501085
Telephone: (202) 616-4940
Larry.Schneider@usdoj.gov
**Attorney for United States**
[Service via CM/ECF]


Anthony John Natale
Federal Public Defender's Office
150 W Flagler Street
Suite 1500
Miami, FL   33130-1556
305-523-4246
Fax: 305-530-7120
Email: Anthony_Natale@fd.org
**Attorney for Gregory Hubbard**
[Service via CM/ECF]


Michael Salnick
1645 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401
561-471-1000
Fax: 561-659-0793
Email: msalnick@fblawn.net
**Attorney for Dayne Antani Christian**
[Service via CM/ECF]


Julie Prag Vianale
Vianale & Vianale
5550 Glades Road
Suite 500
Boca Raton, FL   33431
561-392-4750
Fax: 561-961-5191
Email: jvianale@vianalelaw.com
**Attorney for Darren Arness Jackson**
[Service via CM/ECF]