| | Last name | First name | AKA | District | Charges | Race / Citizenship | Religion |
|---|---|---|---|---|---|---|---|
| 1 | Abdurahman | Zacharia Yusuf | N/A | MN | 18 U.S.C. § 2339B (a) (1), 18 U.S.C. § 2339 - Attempt & Conspiracy | Black/ Naturalized American | Muslim |
| 2 | Ahmed | Hamza Naj | N/A | MN | 18 U.S.C. § 2339B (a) (1) conspiracy-2 counts, 18 U.S.C. § 1001, U.S.C. § 1097(a) | Black/ Naturalized American | Muslim |
| 3 | Al- Hardan | Omar Faraj Saeed | N/A | S.D. TX | 18 U.S.C. § 2339 B, 18 U.S.C. § 1425(a), 18 U.S.C. § 1001(a)(1) | Middle Eastern/Unknown | Unknown |
| 4 | Al-Ghazi | Amir Said Rahman | Robert C. McCollum | N.D. OH | 18 U.S.C. § 2339 B, 18 U.S.C. § 922 (g) (1), 21 U.S.C. § 841 (a) (1) & (b) (1) (D) | Black/ American | Muslim |
| 5 | Amin | Ali Shukri | N/A | E.D. VA | 18 U.S.C. § 2339 B | Middle Eastern/Unknown | Unknown |
| 6 | Aziz | Jalil Ibn Ameer | N/A | C.D. PA | 18 U.S.C. § 2339B | Black/ Unknown | Muslim |
| 7 | Badawi | Muhanad | N/A | C.D. CA | 18 U.S. C. §  2339B,  18 U.S.C. § 1344, 20 U.S.C. §  1097 f (a), 18 U .S.C. §  2 | Palestinian / American | Muslim |
| 8 | Conley | Shannon Maureen | N/A | CO | 18 U.S.C. § 2339B | White / American | Recent Islam convert |
| 9 | Cornell | Christopher | Raheel Mahrus Ubaydah | S.D. OH-Western Div. | 18 U.S.C. § 1114, 18 U.S.C. § 373, 18 U.S.C. § 924 (c ) 18 U.S.C. § 2339B | White / American | Muslim |
| 10 | Dakhlalla | Muhammad | N/A | N.D. Mississippi | 18 U.S.C. § 2339 (B) | Palestinian / American | Islam |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | Dandach | Adam | Fadi-Fadi Dandach | C.D. CA | 18 U.S.C. § 2339B (a) (1), 18 U.S.C. § 1542, 18 U.S.C. § 1512 (c ) (1) | Middle Eastern / American | Unknown |
| 12 | Daud | Abdurahman Yasin | N/A | MN | 18 U.S.C. § 2339B | Middle Eastern / Naturalized American | Muslim |
| 13 | Davis | Leon Nathan III | Abdul Wakil Al Amreeke/ Abu Hurairah Al Amreekee | S.D. GA | 18 U.S.C. § 922 (g), 18 U.S.C. § 2339B | White / American | Unknown |
| 14 | Edmonds | Hasan | N/A | E.D. IL | 18 U.S.C. § 2339B(a)(1) (2 counts) | Black / American | Muslim |
| 15 | Edmonds | Jonas | N/A | E.D. IL | 18 U.S.C. § 2339B(a)(1) (2 counts), 18 U.S.C. § 1001(a)(2) | Black / American | Muslim |
| 16 | Elhassan | Mahmoud Amin Mohamed | N/A | E.D. VA | 18 U.S.C. § 2339B (a) (1) | Unknown / American | Muslim |
| 17 | Elhuzayel | Nader | N/A | C.D. CA | 18 U.S.C. § 2339B | Palestinian / American | Unknown |
| 18 | Elshinawy | Mohamed Yousef | Mojoe a/k/a Mo Jo | Maryland | 18 U.S.C. § 2339B, 2339C(a), 18 U.S.C. § 1001 | Unknown | Uknown |
| 19 | Farah | Mohamed Abdihamid | N/A | MN | 18 U.S.C. 956( a) , 18 U.S.C. 2339 B(a)(1), 18 U.S.C. 2339(a)(1), 18 U.S.C. 1621, 18 U.S.C. 1001 | Black / Naturalized American | Muslim |
| 20 | Farah | Adnan abdihamid | N/A | MN | 18 U.S.C. § 2339B (a) (1) conspiracy-2 counts, 18 U.S.C. § 1001, U.S.C. § 1097(a) | Black / Naturalized American | Muslim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Farrokh | Joseph Hassan | N/A | E.D. VA | 18 U.S.C. § 2339B (a) (1) | Black / Legal Permanent Resident | Muslim |
| 22 | Gammal | Ahmed Mohammed | N/A | AZ & SDNY | 18 U.S.C. § 2339B, 18 U.S.C. § 2339B (a) (1), 18 U.S.C. § 2339D (2), 18 U.S.C. § 371 | Middle Eastern/Unknown | Unknown |
| 23 | Jordan | Akba Jihad | N/A | E.D. NC | 18 U.S.C. § 2339B | Black / American | Muslim |
| 24 | Kareem | Abdul Malik Abdul | Decarus Thomas | AZ | 18 U.S.C. § 371<br>18 U.S.C. &§ 924(b) & 2<br>18 U.S.C. § 1001(a)(2)<br>18 U.S.C. § 922(g)(l)<br>18 U.S.C. § 2339B(a)(l) | Black / American | Convert to Islam |
| 25 | Khan | Hafiz | | S.D. Fla. | 18 U.S.C. § 2339B | Middle Eastern / American | Islam |
| 26 | Khan | Mohammed Hamzah | N/A | N.D. IL | 18 U.S.C. § 2339B (a) (1) | Middle Eastern / American | Islam |
| 27 | Khan | Asher Abid | N/A | S.D. TX | 18 U.S.C. § 2339B (a) (1), 18 U.S.C. § 2339 | Middle Eastern / American | Muslim |
| 28 | Lutchman | Emanuel | Hussein a/k/a Ibn | W.D. NY | 18 U.S.C. § 2339B (a) (1) | Black / American | Unknown |
| 29 | Mumuni | Fareed | N/A | E.D. NY | 18 U.S.C. § 1114 (3) ,18 U.S.C. §2339B (a) (1), 18 U.S.C. § 2339 B, 18 U.S.C. § 111 (a) (1) & (b) , 18 U.S.C. § 111 (a) (1) & 111 (b) | Black / American | Muslim |
| 30 | Musse | Hanad Mustofe | N/A | MN | 18 U.S.C. § 2339B (a) (1), 18 U.S.C. § 2339 - Attempt & Conspiracy, 20 U.S.C. § 1097(a) | Black / Naturalized American | Muslim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | Nagi | Arafat | N/A | W.D. NY | 18 U.S.C. § 2339B (a) (1)& 18 U.S.C. § 2339B (a) (1) | Yemeni / American | Unknown |
| 32 | Niknejad | Reza | N/A | E.D. VA | 18 U.S.C. § 2339 B - conspiracy, 18 U.S.C. § 2339A, 18 U.S.C. § 956 | Unknown/ American | Islam |
| 33 | Nur | Abdi | N/A | MN | 18 U.S.C. § 2339B | Black /American | Unknown |
| 34 | Omar | Guled Ali | N/A | MN | 18 U.S.C. § 2 <br> 18 U.S.C. § 956 <br> 18 U.S.C. § 1001 <br> 18 U.S.C. § 1621 <br> 18 U.S.C. § 2339B(a)( 1) <br> 20 U.S.C. § 1097(a) | Black / Naturalized American | Muslim |
| 35 | Pugh | Tairod | N/A | E.D. NY | 18 U.S.C. § 1512 (c) (1) & (2) <br> 18 U.S.C. § 2339 (B) | Black / American | Islam Convert |
| 36 | Qazi | Raees | N/A | S.D. Fla. | 18 U.S.C. § 2339B | Pakistani / American | Muslim |
| 37 | Rovinski | Nicholas | Nuh Amriki | MA | 18 U.S.C. § 2339B (a) (1) | White / Unknown | Recent Islam convert |
| 38 | Saadeh | Alaa | N/A | District Ct. of NJ | 18 U.S.C. § 2339 (a) (1), 18 U.S.C. § 2339B (a) (1) & (2), 18 U.S.C. § 1512 (b) (3) | Palestinian / American | Muslim |
| 39 | Saadeh | Nader | N/A | District Ct. of NJ | 18 U.S.C. § 2339 B (a) (1), 18 U.S.C.  § 2339B (a) (1) | Palestinian / American | Muslim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Saleh | Ali | N/A | E.D. NY | 18 U.S.C. § 2339B | Unknown / American Citizen | Muslim |
| 41 | Saleh | Munther Omar | N/A | E.D. NY | 18 U.S.C. § 2339B, 18 U.S.C. § 2339B (a) (1), 18 U.S.C. §111(a) (1) &(b),18 U.S.C. §111(a) (1) &111(b) | Palestinian / American | Muslim |
| 42 | Sullivan | Justin Nojan | N/A | W.D. NC | 18 U.S.C. § 2339 B, 18 U.S.C. § 924 B,18 U.S.C. § 924a, 18 USC 1001, 18 USC 922j, 18 USC 1958, 26 U.S.C. § 5861 | White / American | Muslim |
| 43 | Teausant | Nicholas Michael | N/A | E.D. CA | 18 U.S.C. § 2339B (a) (1) | White / American | Recent Islam convert |
| 44 | Warsame | Abdirizak Mohamed | N/A | Minnesota | 18 U.S.C. § 2339B | Black / American | Unknown |
| 45 | Wolfe | Michael Todd | Faruq | W.D. TX | 18 U.S.C. § 2339B | White / American | Recent Islam convert |
| 46 | Wright | David | "Daoud" | MA | 18 U.S.C. § 2339B (a) (1), 18 U.S.C. § 371, 18 U.S.C. § 1519 | Black / American | Muslim |
| 47 | Young | Jaelyn | N/A | N.D. Mississippi | 18 U.S.C. § 2339 (B) | Black / American | Recently Converted to Islam |
| 48 | Yusuf | Abdullahi | N/A | MN | 18 U.S.C. § 2339B | Black / American | Unknown |