UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   <u>16-80107-CR-ROSENBERG(s)</u>

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY HUBBARD,

        Defendant.

_____/

## UNITED STATES' NOTICE OF INTENT TO UTILIZE EXPERT TESTIMONY

The United States of America, by and through its attorneys, Benjamin G. Greenberg, Acting United States Attorney for the Southern District of Florida, Karen Gilbert and Edward C. Nucci, Assistant United States Attorneys, and Lawrence Schneider, Trial Attorney, U.S. Department of Justice, hereby files this Notice of Intent to Utilize Expert Testimony pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rule of Evidence 702.

At trial in the above captioned matter, the government intends to call either Mr. Attila Mathe, president of Adaptive Digital System, Inc. (ADS) or Dr. Jimmy Wang, an engineer with ADS, as an expert in secure digital recording technology and the use of that technology in the ADS recorders used in this case.

Mr. Mathe or Dr. Wang will testify that it is not possible for a person using one of the ADS covert recorders to tamper with or alter the recording that is on the recorder itself and any downloading of a recording to a CD or DVD is "checksummed" and verified for accuracy as it is downloaded to produce an original and authentic recording on a playable disc. The bases of Mr.

Mathe's or Dr, Wang's anticipated testimony have been turned over to defense counsel in the 'ADS' Body Recorder Data Handling/Protection" statement signed by Attila W. Mathe and dated 10/17/2017. Mr. Mathe's and Dr. Wang's resumes have also been turned over to defense counsel.

The United States also gives notice that it intends to call Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Hugh S. Williamson as an expert. SSA Williamson is assigned to the Operational Technology Division at Quantico, Virginia.  He is the program manager of the FBI's Recorder Group in the Audio Surveillance Unit.  In that capacity, SSA Williamson is responsible for acquiring, deploying, testing, training, and maintaining digital audio/video recorders used for lawful electronic surveillance.  SSA Williamson will testify that he is familiar with the ADS digital recorders used in this case that are designed and configured so that data copied from the electronic device is authenticated by a series of processes of digital identification, including SHA (Secure Hash Algorithm) 256 Hash values and Cyclic Redundancy Codes (CRC).  He will testify how the ADS recorders work and the procedures used to create an exact, authentic copy of a recording via ADS proprietary software

onto a playable disc.  He will testify to his comparison of the hash values of the proffered discs with the originals.

SSA Williamson's resume has also been turned over to defense counsel.

Dated: October 25, 2017

                                                      Respectfully submitted,

                                                      BENJAMIN G. GREENBERG
                                                      ACTING UNITED STATES ATTORNEY

By:   */s/ Edward C. Nucci*
        Edward C. Nucci
        Assistant United States Attorney
        Florida Bar No. 0794406
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        Edward.Nucci@usdoj.gov

By:   */s/ Lawrence Schneider*
        Lawrence Schneider
        Trial Attorney
        Admin No. A5501085
        Counterterrorism Section
        National Security Division
        U.S. Department of Justice
        Phone: (202) 616-4940
        Larry.Schneider@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Edward C. Nucci*
Edward C. Nucci
Assistant United States Attorney

## SERVICE LIST

### United States v. Gregory Hubbard, et al
### Case No. 16-80107-CR-HURLEY/HOPKINS
### United States District Court, Southern District of Florida

Edward C. Nucci
Assistant U.S. Attorney
Edward.Nucci@usdoj.gov
U.S. Attorney's Office
500 S. Australian Avenue
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
**Attorney for United States**
[Service via CM/ECF]

Karen E. Gilbert
Assistant U.S. Attorney
Karen.Gilbert@usdoj.gov
U.S. Attorney's Office
99 N.E. 4th Street
8th Floor
Miami, FL 33132
Telephone: (305) 961-9161
Facsimile: (305) 536-4675
**Attorney for United States**
[Service via CM/ECF]

Lawrence Schneider
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
Admin No. A5501085
Telephone: (202) 616-4940
Larry.Schneider@usdoj.gov
**Attorney for United States**

Anthony John Natale
Federal Public Defender's Office
150 W Flagler Street
Suite 1500
Miami, FL 33130-1556
305-523-4246
Fax: 305-530-7120
Email: Anthony_Natale@fd.org
**Attorney for Gregory Hubbard**
[Service via CM/ECF]

Michael Salnick
1645 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401
561-471-1000
Fax: 561-659-0793
Email: msalnick@fblawn.net
**Attorney for Dayne Antani Christian**
[Service via CM/ECF]

Julie Prag Vianale
Vianale & Vianale
5550 Glades Road
Suite 500
Boca Raton, FL 33431
561-392-4750
Fax: 561-961-5191
Email: jvianale@vianalelaw.com
**Attorney for Darren Arness Jackson**
[Service via CM/ECF][Service via CM/ECF]