UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  16-80107-CR-ROSENBERG

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GREGORY HUBBARD,
    Defendant.
_____/

**DEFENDANT HUBBARD'S OBJECTIONS
TO THE PRESENTENCE INVESTIGATION REPORT**

Mr. Hubbard, by and through undersigned counsel, respectfully submits the following objections to the Presentence Investigation Report [DE 287].

**The Offense Conduct**

**Paragraph 12:** Undersigned counsel has attached a copy of the two writings referenced in that paragraph as Exhibit A and will provide a copy via electronic mail to government counsel, United States Probation, and the Court for their convenience. As noted in the ratified Factual Basis in Support of Plea [DE 275 at 2], Mr. Hubbard emailed these writings to the CHS only.

**Paragraph 18:** The discovery produced by the government in this case demonstrates that Dayne Antani Christian originally provided the ISIS manual to Mr. Hubbard.

1

**Offense Level Computation**

**Acceptance of Responsibility (Paragraphs 69, 77, 78 & 112):** The PSI does not include the three-level reduction for acceptance of responsibility. On April 11, 2018, Mr. Hubbard drafted and signed a statement of acceptance of responsibility (attached as Exhibit B) and provided it by electronic mail to United States Probation. Accordingly, Mr. Hubbard would respectfully submit that the three-level reduction is warranted, his Total Offense Level is 35, not 38, and his corresponding advisory guideline range is 292 to 365 months, not 360 months to life.

**Criminal History Computation**

Mr. Hubbard recognizes that the PSI assesses correctly, under U.S.S.G. § 3A1.4(b), his criminal history category of VI due to the fact that the offense to which he has been convicted is a federal crime of terrorism.

He wishes to preserve his argument for sentencing, in the framework of a downward variance argument in support of the parties' joint recommendation of a sentence of twelve years' imprisonment as contained in the ratified plea agreement, pursuant to 28 U.S.C. § 3553(a) and *United States v. Booker*, 543 U.S. 220 (2005), that this enhancement, while correctly assessed, overstates his criminal history.

Mr. Hubbard's advisory guideline range with the identical Total Offense Level, but a criminal history category of I would be 168 to 210 months, not 292 to 365 months.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*/s/ Vanessa L. Chen*
Vanessa L. Chen
Assistant Federal Public Defender
Florida Special A No.: A5501529
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax: (305) 536-4559
E-mail: vanessa_chen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Vanessa L. Chen
Vanessa L. Chen
