**EXHIBIT A**

Gregory Hubbard

# Media-Me

Today when we say let's have an activity together today, unfortunately, it is in reality usually a wedge of division, involving activities such as movies, televised sporting events and some other programing disguised as a popular unifying force. In reality these are all forms of inactivity rather than an activity, and divisive rather than unifying. These forms of entertainments usually encompass ignoring one another for hours on end, at best, and/or encouraging particular responses brought about by the stimuli laden programs, which are in essence really engineered and designed by the programmers.  This becomes the primary means of bringing us together on superficial grounds and frameworks based on virtual realities that quickly dilutes and weans us from reality and prompts the viewer to altered states based on a set of transferred accepted norms, beliefs and morals presented to us, via media in the most captivating fashion. These ever morphing virtual values, if you will, change from time to time by the dictates, whims and fancies of the programmers. And to help prime the viewers to be more inclined to accept them, celebrities are used sporting these values so the viewer can form a connection between these values and being successful. After all, he most possess somewhat of a superior sense of judgment, what else could account for such an envied and sought after status? The model\hook is embellished with all that attracts the viewer: popularity, wealth, fame, intelligence, sympathy….etc, which are the ingredients used to carefully formulate the bait concoction. This is one of the reasons why wealth is hoarded, not only is it important to have wealth for power, but one of its powers is influence. With wealth comes influence. And those influences can be of ideology, morality, lifestyles and so on, ranging from good to bad, due to the admiration given to the possessors of it, wealth. So therefore, for the programmers to follow through on their aim, the flow of wealth in societies must be controlled as well. By doing so, ideologies and what they in tale, to a degree, can be controlled. As with any people, in its culture and subculture an ideology is attached to it, and they can be the subject of the desires of the programmers to promoted or eliminated. This is really a topic in and of itself; back to the topic at hand. Once implanted in the psyche of the viewer these  implanted norms, beliefs and morals gives birth to an altered state which invariably becomes the glue that hold the family and society together on superficial levels,  as it simultaneously rips it apart on wholesome and essential core value levels.

The glue that holds the essential core value becomes superficial and weak, while the superficial values are held together in more of a concrete fashion. These programs become the lens and eyes that the world is viewed through. The eye one sees with is a defining trait of the mind of the individual. In time, the eyes of the viewer submits and inclines towards dormancy, and eventually adopts the lens and eyes that is promoted in the program to adopt, by the programmer, thus gradually forfeiting one's ability of objective reasoning and critical thinking. Because conclusions are habitually made on perceive norms in lieu of higher thinking, and/or in some cases not thinking at all. Interestingly enough, it's been proven that the brain is more active while asleep than while watching the tube. Like the clouds that trail the winds, so is the mind a trailer of the eyes and ears along with our other senses. (An interesting side note, in a vague way clouds look a bit brainy, I think. Like something up high going where ever the wind leads them. Is this a sign that our minds are very much affected by the airways, maybe? Intriguing, you must admit!) Ok now, follow this analogy. If 51 percent of the population is in jail, the inside of prison becomes the accepted norm, and the outside of it becomes the prison. This is because we are by nature social creatures and this make us inclined to be in line with the larger group or perceived majority, believing numbers and strength are synonymous. In the minds of children this concept is pretty much written in stone, as with most adults. In this case the majority is initially only a perceived one that is adopted by the majority and self-perpetuates itself. So to totally alter the values of the viewers, idea and concept only has to be presented as a norm or/and subscribed to by the majority. Through his simple process the viewer will almost instantly be inclined to adopt a new set of values painlessly and gleefully or becoming very confused at best. This process can easily override any counter- conditioning or guidance due to its prevalence and persistency. Where ever the tracks are laid the train will go. In this case, the trained populous will follow. And that what it's all about, laying the tracks to follow a given set of footsteps, if you will. Train and training is the suitable analogy in this idea. Those that have a stronger will to resist the thrust to cross the threshold of the train's door, eventually their resistant will erode over time like water or wind eroding firm mountains and stones unless he moves away from the train and out of the path of the thrust. Most have already boarded and are reclining in very plush chairs on this train and enjoying their ride , thinking wherever the train goes are by their dictates. Some are yelling obscene words through the windows of the train to those not yet aboard , some remain silent with resentment and just feel that those not on board are insignificant and unprogressive while filled with pity for them. This train takes us nearer and nearer to family and social infidelity and mass decadence which becomes acceptable and transgression against real core values are met with less resistant then

going against these artificial implanted value systems (pseudo- belief systems and created false desires) which readily become customary to live by and promote. And it goes uncontested by any reasonable mind that wholesome family, social and moral values aren't the premise and motive in popular media. Even if so, it will be defined by the programmer's dictates and whims, which I don't think, is a trust suitable to be in their hands.  Along the way, critical and objective thinking becomes hindered and furthermore becomes scorned and frowned upon if and when it ever runs counter to these implanted value systems. And therefore the populous develops a greater ability to recall rather than think, react rather than respond and ever progressively losing the means and/or desire to differentiate between the two, due to fear of  blame of stepping below or beyond these engineered adopted norms. The end result is that humans becomes less human and joins the ranks of the beasts, fluctuating between the duality of the wild/crude and domesticated/refined realms therein.

# Gregory Hubbard

## A Fire that Has no Light

Admiration and devotion to the truth remains just that, until the admirer deduces the inevitable degree of sacrifice the truth demands and calls to. Some forego the slightest degree of sacrifice upon this noble path; others take on parts and leave the rest, while other completely submits to it, giving it their all. In fact the more self-evident the truth becomes the greater the awareness to sacrifice navigationally for the enrichment of the soul, the bedrock and foundation to tranquility of heart and mind. So because of the propensity to not relinquish that which is loved in lieu of the truth, unfortunately many persons solve this quandary by choosing to lie to oneself, relabeling the truth as untruth and untruth as truth, laying the infrastructure of the heart and mind to manufacture the means to counter the truth on one side of the scale with the greater weight of manufactured justifications customized to berate the truth, which ultimately come between the light of truth and the path of enrichment of the soul, heart and mind. The voice of the conscious becomes drowned out by the braying ass of slander, mockery, scorn and contempt manifested in a triumphantly shameless attempt to lie to oneself and others to abandon sacrifice in lieu of possessions of the perpetually transit, constantly only briefly seeing its front and back as it comes and goes in rapid successive intervals only to never to return again, bringing in cue the set ambitious response of seeking the next. The act of lying becomes so habitual that even when nothing could be gained from it, a lie is preferred over the truth, until light and darkness becomes perceptually indistinguishable and self-delusion and blindness prevails, so darkness suffices because light would be a waste and the higher natural order of things are intrinsically efficient. Contempt and hatred are fertile forces producing the most base behavior and speech that are readily harvested and hurled with the greatest might and velocity mustered towards the reaper of all that is loved and cherished most, Truth. Inevitable the intentions are realized and the cloak of contempt is held in hand and situated with the most masterful dexterity and worn upon a stature of impeccable posture, as though amidst some formal elitist gathering where showiness in words and deeds are paramount as a means of deception and the esoteric is denied outwardly and embraced and operated upon in its core. The lie is presented in the most captivating of fashion in hope to eclipse the brilliance of truth to such complexity, that falsehood

becomes institutionalized and hearsay and slander become the factoids of a culture and populous saturated in self-delusion and decadence. Truth, a lifeline and refuge for the people becomes abandoned and all are engulfed by a fire that burns, but ceases to produce light. 4-11-15