**EXHIBIT B**

Dear Judge Rosenberg,

I truly regret my actions in this case. I want to apologize to this court, the government and people of the United States, my community of West Palm Beach, my family & all those I have disappointed.

There is no excuse for what I've done. More than anything, I wish I would have taken a different path.

Please forgive me. I will endeavor to make things right & earn back the trust I've lost.

Please have mercy on me. I am so sorry.

4-11-18